1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6
7  Attorney for Plaintiff
8  /jgl
9
10                     UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                             SAN JOSE DIVISION
13
14
15  RAMON M. ACEVEDO,              )  Case No: 5:15-cv-01088 RMW
                                   )
16         Plaintiff,               )
                                   )
17  v.                              )  STIPULATION AND ORDER
                                   )
18  CAROLYN W. COLVIN,              )
    Acting Commissioner,            )
19  Social Security Administration, )
                                   )
20         Defendant.               )
21  _____)
22
23         Plaintiff and Defendant, through their respective attorneys, hereby stipulate that:
24  (1) Plaintiff shall have a first extension of time of (3) days up through and including Thursday,
25  July 23, 2015 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file
26  any opposition, including cross-motions, on or before August 20, 2015. This extension is
27  necessitated by the number of cases (6) plaintiff presently has pending before this and other
28  district courts that require briefing.

Dated: July 20, 2015                               /s/Harvey P. Sackett
                                                   HARVEY P. SACKETT
                                                   Attorney for Plaintiff
                                                   RAMON M. ACEVEDO


                                                   MELINDA L. HAAG
                                                   United States Attorney
                                                   DONNA L. CALVERT
                                                   Regional Chief Counsel, Region IX


Dated: July 20, 2015                               /s/Richard M. Rodriguez
                                                   RICHARD M. RODRIGUEZ
                                                   Special Assistant U.S. Attorney
                                                   Social Security Administration


IT IS SO ORDERED.


Dated:  ïBCDïí

                                                   RONALD M. WHYTE
                                                   United States Senior District Judge

2